UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

CIVIL ACTION

VERSUS

NO. 12-74-JJB-DLD

JAMES LEBLANC, SECRETARY, ET AL.

**RULING**

The court has carefully considered the petition, the record, the law applicable
to this action, and the Report and Recommendation of United States Magistrate
Judge Docia L. Dalby, dated March 15, 2012 (doc. no. 4) to which no objection has
been filed.

The court hereby approves the report and recommendation of the magistrate
judge and adopts it as the court's opinion herein. Accordingly, this action is
DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, May 29, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA